NUMBER 13-01-742-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


UNION GAS CORPORATION , Appellant,


v.


DAVID JAMES BERGER, JR. , Appellee.

____________________________________________________________________


On appeal from the 267th District Court

of Victoria County, Texas.

____________________________________________________________________



O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, UNION GAS CORPORATION , perfected an appeal from a judgment entered by the 267th District Court of
Victoria County, Texas, in cause number 00-8-55,199-C10 . After the record was filed, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that this case has been resolved and appellant no longer wishes to
prosecute this appeal. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of March, 2002 .